UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN STUDENT FINANCIAL GROUP, INC., et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>AEQUITAS CAPITAL MANAGEMENT, INC.,<br><br>                Defendant. | No. 3:15-mc-80084 EDL<br><br>NOTICE OF TIME AND PLACE OF HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on Plaintiffs' Motion to Compel Eisneramper LLP to Comply with Subpoena has been set for April 28, 2015 at 2:00 p.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

The briefing schedule as set by Local Rule 7-3 shall remain unchanged.

LAW AND MOTION HEARING PROCEDURES

All documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

If documents are filed electronically, courtesy copies shall be provided in accordance with Civil Local Rule 5-1(e)(7).

Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-3.

Dated: March 18, 2015

*/s/ Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge